**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 138 EM 2010.**

Supreme Court of Pennsylvania.

March 1, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of March, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ralph SUNY, Petitioner**

Supreme Court of Pennsylvania.

March 2, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of March, 2011, the Petition for Allowance of Appeal and the Applications to Amend the Petition for Allowance of Appeal pursuant to Pa.R.A.P. 2501 are denied.